IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket # 13-4107 |
| | ) | |
| V. | ) | MOTION TO EXTEND TIME TO FILE |
| | ) | BRIEF AND JOINT APPENDING |
| | ) | |
| MATTHEW HODGSON | ) | |
| | ) | |

_____

    NOW COMES the appellant, by and through undersigned counsel, Mirriam Z. Seddiq, and respectfully moves to extend the time in which to file his brief and joint appendix in the hereinabove matter. In support thereof, counsel shows unto this Court the following:

1. The appellant's brief and joint appendix are currently due on June 18, 2013;

2. Counsel has had trouble obtaining all documentation necessary to properly handle this appeal. Additionally, counsel has had a family emergency that has delayed finishing the appeal brief;

3. In addition, counsel needs additional time to research the potential issues in this appeal in order to give Mr. Hodgson the effective assistance of counsel he is entitled to under the 6th Amendment.

4. Assistant United States Attorney Michael Hanlon has been informed of this motion and has no objection to same.

    WHEREFORE, the appellant moves to extend the time to file his brief and joint appendix for thirty (30) days up to and through July 18, 2013.

    Respectfully submitted this 19th day of May, 2013.

                                                        /s/ Mirriam Z. Seddiq_____
                                                        Mirriam Z. Seddiq

3022 Javier Road Room 105A  
Fairfax, VA 22031  
(703) 398-9830  
Mirriam.seddiq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2013, I caused this Motion to be electronically filed with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Michael Hanlon

/s/ Mirriam Z. Seddiq  
Mirriam Z. Seddiq